UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID W. ARISMAN,

          Plaintiff,

  vs.

J. S. WOODFORD, Warden; R. ATOS, Supervising Cook; C. PEREA, Food Administrator I; and N. GRANNIS, Chief, Inmate Appeals Division, CDCR,

          Defendants.

No. C 03-4800 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. It was dismissed with leave to amend in an order entered on August 14, 2007. Plaintiff was afforded thirty days to file an amended complaint. Plaintiff responded to the order that he could not amend because he had no paper. Seven months have transpired and he has still not amended his complaint or requested an extension. The court notes, however, that since his letter of August 22, 2007, he has made other filings **on paper** in his various other cases that are pending on this court's docket. This case therefore is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 24, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.03\ARISMAN4800.Dismiss.wpd